[L. A. No. 356.   Department Two.—October 15, 1898.]

J. ENGELBRET, Respondent, v. MILES McELWEE, Appellant.

STREET ASSESSMENT—UNKNOWN OWNERS—DEMAND—PLEADING.—A complaint in an action to enforce the lien of a street assessment, which shows that the property sought to be charged was assessed to "unknown owners," and does not show any demand on the premises, does not state a cause of action, and a general demurrer thereto should be sustained.

APPEAL from a judgment of the Superior Court of San Diego County.   George Puterbaugh, Judge.

The facts are stated in the opinion of the court.

V. E. Shaw, for Appellant.

Collier & Collier, for Respondent.

THE COURT.—Suit to enforce a street assessment lien. The property sought to be charged was assessed to unknown owners. The complaint does not show any demand on the premises. The court therefore erred in overruling the demurrer of the defendant.

Judgment reversed.